**FILED**

FEB 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNALEINE REYNOLDS,

    Plaintiff,

v.

WILLIAM ROEHRENBECK, ET AL,

    Defendants.

No. C 10-05853 JSW
No. C 10-05827 JSW

**AMENDED ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter was set for a hearing on March 25, 2011 on Defendants' motion to dismiss. However, because a motion to dismiss in the related matter, Case No. C 10-5827 JSW, is set for hearing on April 8, 2011, the Court CONTINUES the hearing in this matter to April 8, 2011 at 9:00 a.m. The Court ORDERS that oppositions to **both** motions to dismiss in both related cases shall be filed by no later than March 4, 2011 and reply briefs in **both** cases shall be filed by no later than March 11, 2011. This order supercedes any previous order setting briefing schedule in the related matter. Failure to oppose the motions to dismiss in both related cases may result in **dismissal** of the actions.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: 2/16/2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE