1

2

3

4

5    IN THE UNITED STATES DISTRICT COURT

6

7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    ANNALEINE REYNOLDS,

9           Plaintiff,                          No. C 10-05853 JSW
                                                No. C 10-05827 JSW
10    v.

11    WILLIAM ROEHRENBECK, ET AL,               **SECOND AMENDED** ORDER
                                                **SETTING BRIEFING SCHEDULE**
12           Defendants.                        **ON MOTIONS TO DISMISS**

13    _____/

14           On February 16, 2011, the Court issued an order adjusting the briefing and hearing

15    schedule in these related matters.  Thereafter, the Court received a request from Plaintiff for a

16    further continuance of the briefing schedule.  Accordingly, the hearing on both pending motions

17    to dismiss in these related matter, Case Nos. C 10-5853 JSW and 10-5827 JSW, is set for

18    hearing on April 8, 2011 at 9:00 a.m.  The Court ORDERS that oppositions to **both** motions to

19    dismiss in both related cases shall be filed by no later than March 18, 2011 and reply briefs in

20    **both** cases shall be filed by no later than March 25, 2011.  This order supercedes any previous

21    order setting briefing schedule in these matters.  Failure to oppose the motions to dismiss in

22    both related cases may result in **dismissal** of the actions.

23           If the Court determines that the matter is suitable for resolution without oral argument, it

24    will so advise the parties in advance of the hearing date.  If the parties wish to modify this

25    schedule, they may submit for the Court's consideration a stipulation and proposed order

26    ///

27    ///

28    ///

**United States District Court**
For the Northern District of California

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: 02/22/11

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2